IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 22-148 |
| INGRID SHEPARD | | |

5556 Worchester Street
Denver, CO 80239

# NOTICE OF HEARING

Take notice that the defendant is scheduled for a **Plea/Arraignment** hearing on **Tuesday, May 24, 2022**, at **1:00 P.M**. before the **Honorable R. Barclay Surrick** in **Courtroom 8-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By: Tashia C. Reynolds
Courtroom Deputy to J. R. Barclay Surrick
Phone: 267.299.7631

Date: 5/13/2022

cc via U.S. Mail: Defendant
cc via email: Natasha Taylor-Smith, Esquire
Tiwana Wright, AUSA
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator

crnotice (July 2021)