IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 22-148 |
| INGRID SHEPARD | : | |
| 5556 Worchester Street | | |
| Denver, CO 80239 | | |

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a **sentencing** hearing on **Monday, November 21, 2022**, at **3:00 p.m**. before the **Honorable R. Barclay Surrick** in **Courtroom 8-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A interpreter will be required for the defendant.

☒ **Hearing rescheduled from:** September 1, 2022 at 1:00 pm

For additional information, please contact the undersigned.

By: Patrick Kelly
Courtroom Deputy to J. R. Barclay Surrick
Phone: 267. 299. 7639

Date: 8/23/22

cc via U.S. Mail: Defendant
cc via email: Natasha Taylor-Smith, Esquire
Tiwana L. Wright, AUSA
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator

crnotice (July 2021)