IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
v. :
: No. 22-148
INGRID SHEPARD :
5556 Worchester Street
Denver, CO 80239

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a **Sentencing** hearing on **Thursday, January 5, 2023**, at **1:30 p.m**. before the **Honorable R. Barclay Surrick** in **Courtroom 8-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A interpreter will be required for the defendant.

☒ **Hearing rescheduled from:** November 21, 2022

☒ **NO FURTHER CONTINUANCES WILL BE GRANTED**

For additional information, please contact the undersigned.

By: Tashia C. Reynolds
Courtroom Deputy to J. R. Barclay Surrick
Phone: 267. 299. 7631

Date: 11/16/22

cc via U.S. Mail: Defendant
cc via email: Natasha Taylor-Smith, Esquire
Tiwana L. Wright, AUSA
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator