### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NUMBER 22-148** |
| | : | |
| **INGRID SHEPARD** | : | |

### S E A L I N G  O R D E R

**AND NOW**, this _____ day of _____, _____, upon consideration of Defendant's Sentencing Memorandum; it is hereby **ORDERED** that said memorandum and this Order are to be **FILED UNDER SEAL**.

                        **BY THE COURT:**

                        _____
                        **THE HONORABLE R. BARCLAY SURRICK**
                        **Senior United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 22-148 |
| | : | |
| INGRID SHEPARD | : | |

**MOTION TO SEAL**
**DEFENDANT'S SENTENCING MEMORANDUM**

Defendant, Ingrid Shepard, by and through her counsel, Natasha Taylor-Smith, Assistant Federal Defender, Federal Community Defender for the Eastern District of Pennsylvania, respectfully requests that the Court enter an order granting the Motion to Seal Defendant's Sentencing Memorandum, and in support thereof, avers as follows:

1. Ms. Shepard is scheduled for sentencing on January 5, 2023.

2. Defense counsel seeks to have the sentencing memorandum sealed as it contains sensitive and confidential information. Due to the confidential nature of the information contained in the memorandum, this must not be available on the public docket.

**WHEREFORE,** it is respectfully requested that the Court grant the request to have Defendant's Sentencing Memorandum filed under seal.

Respectfully submitted,

*/s/ Natasha Taylor-Smith*

NATASHA TAYLOR-SMITH
Assistant Federal Defender

**CERTIFICATE OF SERVICE**

      I, Natasha Taylor-Smith, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have filed and served a copy of Defendant's Motion to Seal Defendant's Sentencing Memorandum by electronic mail upon:

Tiwana L. Wright
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, Pennsylvania 19106.

                                              NATASHA TAYLOR-SMITH
                                              Assistant Federal Defender

DATE: December 30, 2022