IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
  v. :
  : No. 22-148
INGRID SHEPARD :
5556 Worchester Street
Denver, CO 80239

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a **Sentencing** hearing on **Tuesday, January 10, 2023**, at **2:00 p.m**. before the **Honorable R. Barclay Surrick** in **Courtroom 8-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A interpreter will be required for the defendant.

☒ **Hearing rescheduled from: January 5, 2023**

For additional information, please contact the undersigned.

By: Tashia C. Reynolds
    Courtroom Deputy to J. R. Barclay Surrick
    Phone: 267. 299. 7631

Date: 1/5/23

cc via U.S. Mail:   Defendant
cc via email:       Natasha Taylor-Smith, Esquire
                    Tiwana L. Wright, AUSA
                    U.S. Marshal
                    Court Security
                    Probation Office
                    Pretrial Services
                    Interpreter Coordinator